IN THE UNITED STATES CIRCUIT COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JACQUELINE STEVENS,<br>Plaintiff-APPELLANT | **Case No. 20-3504**<br>On appeal from 17 cv 2494<br>Hon. Judge Lee |
| Vs | |
| UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant-APPELLEE | |

APPELLANT'S DOCKETING STATEMENT

A. **Statement of Jurisdiction for the United States District Court.**

The jurisdiction of the District Court is founded on section 552(a)(4)(B) of the Freedom of Information Act. On August 15, 2017, Plaintiff-Appellant filed her pro se complaint with the United States District Court for the Northern District of Illinois. Jurisdiction was not disputed.

B. **Statement of Jurisdiction for the United States Court of Appeals.**

The jurisdiction of the United States Court of Appeals for the Seventh Circuit is brought under 28 U.S.C. §1291, 28 U.S.C. §2106 in that this is an appeal from a final decision of the United States District Court for the Northern District of Illinois seeking to reverse the Judgment of the District Court granting Summary Judgment on plaintiff's claim under FOIA in favor of Defendant, an executive agency of the Federal Government, 28 U.S.C. §1331. The date of entry

of the final judgment sought to be reviewed is November 10, 2020; the order granting summary judgment was entered March 23, 2020. The appeal is from an order and final judgment that adjudicated all of the claims with respect to all named parties, and no parties or issues remain pending before the District Court. Appellant did not file a motion for new trial or alteration of the Judgment. The notice of Appeal was filed on December 15, 2020.

Respectfully submitted,
\_\_\_\_\_*s/ Nicolette Glazer Esq.*_____
Nicolette Glazer Esq.
LAW OFFICES OF LARRY R GLAZER
1999 Avenue of the Stars #1100
Century City, CA 90067
T: 310-407-5353
F: 310-407-5354
nicolette@glazerandglazer.com
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

On 23 December 2020 a copy of this pleading was submitted for filing and service on all registered parties entitled to service via CM/ECF.

Respectfully submitted,
\_\_\_\_\_*s/ Nicolette Glazer Esq.*_____
Nicolette Glazer Esq.
LAW OFFICES OF LARRY R GLAZER
1999 Avenue of the Stars #1100
Century City, CA 90067
T: 310-407-5353
F: 310-407-5354
nicolette@glazerandglazer.com
ATTORNEY FOR APPELLANT